Comes now the petitioner Corey L. Bracken, praise the residing seat.   Due to economic stature the Plaintiff ProSe prays of the Court to allow all filings with the lack of the 28 line page, and without personal appearance.   I am not filing this to become wealthy by monetary means, or to become known as *vexatious litigant*.   As the Plaintiff ProSe is currently involved with 4 cases in U.S. District Court. The Defendants are as follows McDonald's, Starbucks, G6 Hospitality, and Walmart.   I will keep the Residing Seat up to date on all cases.   I am requesting a monetary settlement exceeding $75k in all 4 cases and prays to the Residing Seat that the settlement in each of the 4 cases be ordered as such.   The Plaintiff *ProSe* has come to find during the 4 years previous how harsh of a place that society can be when you are unable to work due to physical limitations.   Though this has not stopped the Plaintiff ProSe from surviving with the aid of friends, acquaintances, and constituents at many levels in life.   The Plaintiff ProSe has too obligated himself to pay not only the required taxes on the monetary settlements but also to donate a minimum of 50% to a variety of charities at an anonymous level, while providing evidence to each individual U.S. District Court in a respectable manner.   The Plaintiff ProSe also has the full intention of sharing gifts to the previous mentioned friends, acquaintances, and constituents that have been there in support of the Plaintiff *ProSe* during these economic struggles and life altering disabling means.   The Plaintiff *ProSe* also has the intention of developing a mainstay of self sufficiency without the means of disability benefits of which has since been denied, by means of publishing many writings of poetry, developing advertisement for eclectic arts, sharing his love of food by publishing accurately and correctly natural food cookbooks.   The Plaintiff *ProSe* will provide validity of the happenings and keep the Residing Seat informed as the matters progress.

  The aforementioned civil suits range in matter from cruel and demeaning customer service by means of profiling due to economic stature, including but not limited to blatant violations of the American with Disabilities Act Statute.   In short your honor, I have seen first hand what most would not wish upon their own worst enemy.   I was taught by my grandfather Charles Allen Mitchell, my father Dennis L. Bracken, and my uncles Daniel R. Talbert Sr. and David E. Bracken to stand up when you are wronged and to apologize when you are in the wrong.   In addition to my original demands I would too like to request a hand written letter of apology be written by the acting Chief Executive Officer from each of the Defendants.   And perhaps for 12 hours each they are required to hold a sign in Central Park in New York, New York, (if it was up to Plaintiff *ProSe* this would be done without showering for a month and not being able to change clothes) begging the American People for forgiveness for the insult they have not only caused my person but that too of your most respectable courtroom, but also the abashment and defamation that they have caused the founders of each entity of which they represent. The previous two additions to the demands requested of the Plaintiff *ProSe* will be left solely up to the Residing Seat once it is found that the Plaintiff *ProSe* does in fact carry the burden of proof that is mentioned in each individual case.

Respectful Regards,

Corey L. Bracken

Plaintiff *ProSe*

9/30/2014

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 07 2014

CHRIS R. JOHNSON, Clerk
By
  Deputy Clerk

RECEIVED
WD/AR
OCT 06 2014
U.S. CLERKS OFFICE

United States District Court of Arkansas

Corey L. Bracken, Plaintiff ProSe

(mailing address only)

PO Box 853

Greenwood, IN 46142

317.441.2222

        VS.

Walmart Corporation

702 SW 8th St

Bentonville, AR 72716

Case# (unassigned at this time)

September 30, 2014

    Comes now the petitioner Corey L. Bracken, praise the residiing seat.   On or about June 8, 2014 I did enter Walmart Store 3533 to make an exchange or a return of a defective product.   Upon attempting to find the product that was to be exchanged, it was found that it was not sold at the particular location.   From previous encounters with customer service at Walmart I know that the item can be looked up in the system by the item number of the product.   I suggested this to the employee whom of which was not wearing a name tag and refused to tell me his name.   He too denied the act of performing this customer service.
Upon that time I requested to speak with his manager, whom came over and too took an abrasive approach to the matter at hand.   I was so offended that I opted

to turn on the camera application of my Samsung Galaxy S4 Active cellular device, as to document the situation for the corporate offices as to provide proof of how Evelyn was to treating my person.   She then grabbed my phone damaging it in the process.   The device was purchased new in April of 2014, it too had an Otterbox case that was broken.   I have this event documented via video and a copy of that video is attached with this filing.   Previously via attempts to resolve this matter via informal resolution I have requested $9800 which is the cost of the phone and Otterbox case times 8.   As I too was assaulted and greatly abashed as the Residing Seat will find factual upon review of the submitted video documentation.   At this time it is of my most genuine prayers that the Defendant be ordered to pay $1,000,000 to the Plaintiff ProSe.   The Plaintiff ProSe will be donating approximately 50% of the requested settlement to a variety of charities throughout the United States after taxes are paid.   The Plaintiff ProSe will be making the said donations anonymously and can provide evidence of this to the Residing Seat upon request.   The Plaintiff ProSe too has viable evidence of CMI the insurance carrier for the defendant,   violating the rights of reasonable accommodation for personal accessibility at a Title III level for denial of enhanced note taking, for the Plaintiff ProSe does have documented impairments that impede his note-taking capabilities at times, the Plaintiff ProSe will share the documentation of said impairments upon issuance of a subpoena or at the request of the Court.   The Plaintiff ProSe will too share these enhanced notes that also indicate that Deidre (last name unknown at this time) the District Manager admitted fault in the matter.   They too show that Joe (last name unknown at this time) the General Manager of store 3533 did in fact call only to further tantalize the Plaintiff ProSe versus resolving the matters.   These enhanced notes will be shared up the issuance of a subpeona or at the request of the Court.


It is of my highest prayers, that this be ordered as such without the chance of appeal on behalf of the Defendant being filed.   As too change of counsel will not be permissed.

Respectful regards,

Corey L. Bracken

Plaintiff ProSe

317.441.2222

