IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

COREY L. BRACKEN                                                           PLAINTIFF

V.                              CASE NO.: 5:14-CV-5308

WALMART CORPORATION                                   DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 11) filed in this case on February 17, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**, for lack of federal subject matter jurisdiction. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 23rd day of April, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE